IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERBERT STODDART, | : | |
| Petitioner | : | Civil No. 3:15-cv-1506 |
| | : | (Judge Mariani) |
| v. | : | |
| WARDEN MARY SABOL, | : | |
| Respondent | : | |

FILED
SCRANTON
MAR 22 2016
Per_____
DEPUTY CLERK

## ORDER

**AND NOW**, this 22nd day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

Robert D. Mariani
United States District Judge